**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

───────────

**No. 22-6601**

───────────

UNITED STATES OF AMERICA,

    Plaintiff - Appellee,

  v.

RYAN CRAIG BROWN,

    Defendant - Appellant.

───────────

Appeal from the United States District Court for the District of South Carolina, at Florence. R. Bryan Harwell, Chief District Judge.  (4:08-cr-00184-RBH-1)

───────────

Submitted:  November 17, 2022      Decided:  November 23, 2022

───────────

Before KING, QUATTLEBAUM, and RUSHING, Circuit Judges.

───────────

Affirmed by unpublished per curiam opinion.

───────────

Ryan Craig Brown, Appellant Pro Se.  Katherine Hollingsworth Flynn, Assistant United States Attorney, OFFICE OF THE UNITED STATES ATTORNEY, Florence, South Carolina, for Appellee.

───────────

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Ryan Craig Brown appeals the district court's orders (1) denying Brown's motion for compassionate release, brought pursuant to 18 U.S.C. § 3582(c)(1)(A), as amended by the First Step Act of 2018, Pub. L. No. 115-391, § 603(b)(1), 132 Stat. 5194, 5239; and (2) denying his motion for reconsideration. After reviewing the record, we conclude that the district court did not abuse its discretion in denying Brown's motions. *See United States v. Kibble*, 992 F.3d 326, 329 (4th Cir.) (per curiam) (stating standard of review for § 3582(c)(1)(A)(i) motion), *cert. denied*, 142 S. Ct. 383 (2021); *Wicomico Nursing Home v. Padilla*, 910 F.3d 739, 750 (4th Cir. 2018) (stating standard of review for Rule 59(e) motion). Accordingly, we affirm the district court's orders. *United States v. Brown*, No. 4:08-cr-00184-RBH-1 (D.S.C. Jan. 14, 2022; Mar. 23, 2022). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*